UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FRANK SCHEMBRI,

                                                        JUDGMENT

                    Plaintiff,                         20-cv-4612 (BMC)

    v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
----------------------------------------------------------------X

        A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on September 14, 2021, denying plaintiff's motion for judgment on the pleadings; and granting the Commissioner's cross-motion for judgment on the pleadings; it is

        ORDERED and ADJUDGED that plaintiff's motion for judgment on the pleadings is denied; and that the Commissioner's cross-motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York                                     Douglas C. Palmer
       September 15, 2021                                        Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk